**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755    FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff James Rutherford an individual | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 221 W Broadway<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| PLAINTIFF/PETITIONER: James Rutherford, an individual<br>DEFENDANT/RESPONDENT: Korol Capital LLC a California limited liability company | CASE NUMBER:<br>3:19 cv 01862 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:

   NSI Services, LLC, a California limited liability company

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   MELISSA HOBSON – Agent for service -Agent for service

4. Address where the party was served:
   29850 Circle R Way Escondido CA 92026

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:             (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 10/8/2019    at *(time)*: 2:40 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      L. Venner- person on charge at office authorized to accept
      
      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 10-9-19 from *(city)*: Anaheim CA    or [ ] a declaration of mailing is attached.
      
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: James Rutherford, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Korol Capital LLC a California limited liability company | 3:19 cv 01862 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* NSI Services, LLC, a California limited liability company

   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)  ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)  ☐ 415.46 (occupant)
   ☑ other: 17061 Up wool LLC

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. **The fee** for service was: $ 89.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 2898
         (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 10/14/2019

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

United States District Court- Southern District of California

James Rutherford, an individual

    PLAINTIFF(S)

vs

Korol Capital LLC a California limited liability company et al

    DEFENDANT(S)

CASE NUMBER

3:19 cv 01862

DECLARATION OF DUE DILIGENCE

I SERVED Summons, Complaint, Civil Cover Sheet,

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b) NSI Services, LLC, a California limited liability company / MELISSA HOBSON – Agent for service

By leaving with a person at least 18 years of age: L, Venner- person on charge at office authorized to accept

Date: 10/08/2019      Time: 2:40 PM

1-Address and City where served: 29850 Circle R Way Escondido CA 92026
20 Address where service was also attempted: 613 W. VALLEY PARKWAY #102 ESCONDIDO CA 92025

Which is the Defendant(s) BUSINESS ADDRESS and on 10/09 /2019 mailed a copy from ANAHEIM, CA to the above address by first class mail postage fully prepaid. That the substitute service was made only after making the following attempts to serve the defendant(s) personally.

## CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

DATE: 10/08/2019   TIME: 1:56 PM   Service attempted at 613 W. VALLEY PARKWAY #102 ESCONDIDO CA 92025 . Suite vacant and empty

DATE 10/08/2019   TIME: 2:40 PM Documents left with L, Venner- person on charge at authorized to accept at 29850 Circle R Way Escondido CA 92026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 10/14/2019 at ANAHEIM, CA

SIGNATURE
R.T.O.T.Inc
Adriana M Achucarro   PSC#2898/Orange County
2390 E Orangewood Ave   #530., ANAHEIM, CA 92806
949-305-9108