# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, <br><br> Plaintiff, <br><br> v. <br><br> NSI SERVICES, LLC, <br><br> Defendant. | Case No. 19-cv-01862-BAS-KSC <br><br> **ORDER REQUIRING PLAINTIFF TO SHOW CAUSE FOR FAILING TO REQUEST ENTRY OF DEFAULT** |

On September 26, 2019, Plaintiff commenced this action against Defendants Koral Capital LLC and NSI Services LLC ("NSI") for violations of federal and state disability law. (ECF No. 1.) Plaintiff voluntarily dismissed Defendant Koral Capital LLC from the lawsuit on October 15, 2019. (ECF No. 3.) On October 17, 2019, Plaintiff filed a Proof of Service of Summons for the remaining Defendant, NSI, showing that the entity was served by substituted service. (ECF No. 5.)

The proof of service indicates that the process server attempted unsuccessfully to personally serve NSI's agent for service of process before leaving the summons and complaint with a person in charge on October 8, 2019 and mailing copies of the documents to the person to be served on October 9, 2019. (*Id.* at 1, 3.) Substituted service was therefore completed on October 19, 2019. *See* Fed. R. Civ. P. 4(e)(1), 4(h)(1)(A) (plaintiff may serve an individual by any means authorized by the law of

the state in which the district court sits, and service of most businesses by the same means); Cal. Civ. Proc. Code § 415.20(a) (service on a corporation can be completed by leaving a copy "with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint by first-class mail" and is deemed complete on the 10th day after the mailing); *see also Falco v. Nissan N. Am. Inc.*, 987 F. Supp. 2d 1071, 1079 (C.D. Cal. 2013). Hence, NSI was required to file a response to the Complaint by November 12, 2019. *See* Fed. R. Civ. P. 12(a)(1) (a defendant must answer a complaint within 21 days after being served); *see also* Fed. R. Civ. P. 6(1)(C).

As of the date of this Order, NSI has not filed an answer or response to the Complaint and Plaintiff has not requested entry of default as to NSI. Further, neither party has moved for an extension of time for NSI to respond to the Complaint.

Therefore, the Court **ORDERS** Plaintiff to show cause, by **January 2, 2020**, why this case should not be dismissed for Plaintiff's failure to move for entry of default as to NSI. Plaintiff may adequately show cause by requesting entry of default as to NSI or by establishing good cause for an extension of time to do so. **Plaintiff is warned that failure to file a response to this OSC will result in the Court dismissing Plaintiff's action**.

IT IS SO ORDERED.

DATED: December 20, 2019

Hon. Cynthia Bashant
United States District Judge